No. 12–6776.  GALLUZZO v. COOK, FKA GALLUZZO.  Ct. App. Ohio, Champaign County.  Certiorari denied.

No. 12–6777.  GARRETT v. MICHIGAN DEPARTMENT OF CORRECTIONS.  C. A. 6th Cir.  Certiorari denied.

No. 12–6778.  HUGHES v. MINNESOTA.  Sup. Ct. Minn.  Certiorari denied.

No. 12–6790.  HOFFMAN v. LEE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–6791.  MICHAU v. WARDEN ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 12–6796.  NOEL v. GUERRERO ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 12–6798.  GERRARA v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 12–6799.  FORD v. MCKESSON (three judgments).  C. A. 5th Cir.  Certiorari denied.

No. 12–6804.  PORTER v. SAUVE ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 12–6806.  BRAYBOY v. NAPEL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 12–6809.  REED v. HENSE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 12–6811.  SHULICK v. MICHIGAN ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 12–6813.  BABAYEVA v. NEW YORK CITY HEALTH AND HOSPITALS CORPORATION.  C. A. 2d Cir.  Certiorari denied.

No. 12–6815.  SCOTT v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 12–6817.  RICO SIERRA v. COLORADO.  Ct. App. Colo.  Certiorari denied.